UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN LUNA, JR., <br><br> Petitioner, <br><br> v. <br><br> MATTHEW ATCHLEY, Acting Warden, <br><br> Respondent. | Case No. 21-cv-10003 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2022

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\10003Luna_judgment